AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ARMOUR GROUP, INC. | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. **11-61991-CV-Dimitrouleas/Snow** |
| JOSEPH LABOCK A/K/A YOSEF LABOCK, SHARON MIZRACHI, MOSHE MIZRACHI, ET AL | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   JOSEPH LABOCK A/K/A YOSEF LABOCK
13075 NW 23rd Street
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laurence S. Litow, Esq.
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 12, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ARMOUR GROUP, INC. | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. **11-61991-CV-Dimitrouleas/Snow** |
| JOSEPH LABOCK A/K/A YOSEF LABOCK, SHARON MIZRACHI, MOSHE MIZRACHI, ET AL | ) ) ) | |
| _Defendant_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MOSHE MIZRACHI
1199 NW 130th Ave.
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laurence S. Litow, Esq.
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 12, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ARMOUR GROUP, INC.

*Plaintiff*

v.

JOSEPH LABOCK A/K/A YOSEF LABOCK,
SHARON MIZRACHI, MOSHE MIZRACHI, ET AL

*Defendant*

Civil Action No. **11-61991-CV-Dimitrouleas/Snow**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHARON MIZRACHI
1199 NW 130th Ave.
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Laurence S. Litow, Esq.
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 12, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ARMOUR GROUP, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **11-61991-CV-Dimitrouleas/Snow** |
| JOSEPH LABOCK A/K/A YOSEF LABOCK, SHARON MIZRACHI, MOSHE MIZRACHI, ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MILITARY STEEL CORP.
c/o Michael A. Littman, Registered Agent
7609 Ralston Road
Arvada, CO 80002


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laurence S. Litow, Esq.
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: **September 12, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ARMOUR GROUP, INC. <br><br> *Plaintiff* <br> v. <br> JOSEPH LABOCK A/K/A YOSEF LABOCK, SHARON MIZRACHI, MOSHE MIZRACHI, ET AL <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No.  **11-61991-CV-Dimitrouleas/Snow** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YL TECHNOLOGY, INC.
c/o Joseph Labock, Registered Agent
13075 NW 23rd Street
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laurence S. Litow, Esq.
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **September 12, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts