UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-61991-WPD

ARMOUR GROUP, INC., a Florida
Corporation,

    Plaintiff
vs.

JOSEPH LABOCK, A/K/A YOSEF LABOCK,
SHARON MIZRACHI and MOSHE
MIZRACHI, husband and wife, YL
TECHNOLOGY, INC., a Florida Corporation,
and MILITARY STEEL CORP., a Colorado
Corporation,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

THIS CAUSE is before the Court upon Defendant Military Steel Corp.'s Motion for Enlargement of Time to File Answer or Other Responsive Pleadings [DE 7], filed herein on October 7, 2011. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Military Steel Corp. has requested an extension of thirty (30) days to file a response because its counsel was retained a day before the response deadline of October 7, 2011. Because a party normally only has twenty-one (21) days to file a responsive pleading, *see* Fed. R. Civ. P. 12(a), a thirty day extension would be inappropriate here. Military Steel Corp. nearly expended its twenty-one day period to file a response prior to filing this Motion; however, the Court will grant an extension of fourteen (14) days to file a response to the Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED IN PART**. Defendant Military Steel Corp. shall have up through and including October 21, 2011, to file its response to the Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 11th day of October, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record