UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-61991-WPD

ARMOUR GROUP, INC., a Florida
Corporation,

    Plaintiff
vs.

JOSEPH LABOCK, A/K/A YOSEF LABOCK,
SHARON MIZRACHI and MOSHE
MIZRACHI, husband and wife, YL
TECHNOLOGY, INC., a Florida Corporation,
and MILITARY STEEL CORP., a Colorado
Corporation,

    Defendants.
_____/

## ORDER GRANTING IN PART DEFENDANT JOSEPH LABOCK AND YL TECHNOLOGY, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

THIS CAUSE is before the Court upon Defendants Joseph Labock and YL Technology, Inc.'s Unopposed Motion for Enlargement of Time to File Answer or Other Responsive Pleadings [DE 8], filed herein on October 11, 2011.  The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Defendants Joseph Labock and YL Technology, Inc. have requested an extension of thirty (30) days to file a response because its counsel was retained four days before the response deadline of October 11, 2011.  Because a party normally only has twenty-one (21) days to file a responsive pleading, *see* Fed. R. Civ. P. 12(a), a thirty day extension would be inappropriate here. Joseph Labock and YL Technology, Inc. nearly expended their twenty-one day period to file a response prior to filing this Motion; however, the Court will grant an extension of fourteen

(14) days to file a response to the Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED IN PART**. Defendants Joseph Labock and YL Technology, Inc shall have up through and including October 25, 2011, to file their response to the Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 11th day of October, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record