## 1UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## **CLERK'S DEFAULT**

Armour Group, Inc.                           CASE NO. 11-CV-61991-Dimitrouleas

        Plaintiff(s),

v.

```
                                    ┌─────────────────────────┐
                                    │ FILED by __LS__ D.C.    │
                                    │                         │
                                    │    Oct 28, 2011         │
                                    │                         │
                                    │  STEVEN M. LARIMORE     │
                                    │       CLERK             │
                                    │    U.S. DIST. CT.       │
                                    │    S.D. OF FLA.         │
                                    └─────────────────────────┘
```

Joseph Labock, YL Technology, Inc.,
and Military Steel Corp.

        Defendant(s).

_____/

        It appearing that the defendant(s) herein, Joseph Labock, YL Technology, Inc., and

Military Steel Corp, are in default for failure to appear, answer or otherwise plead to the

complaint filed herein within the time required by law.  Default is hereby entered against

defendant(s) Joseph Labock, YL Technology, Inc., and Military Steel Corp., as of course, on this

date October 28, 2011.


                        **STEVEN M. LARIMORE**
                        CLERK OF COURT

                                *Lisa I. Streets*
                        By:_____
                                Lisa I. Streets
                                Deputy Clerk

cc:     Hon. William P. Dimitrouleas
        Counsel of Record