UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  0:11-CV-61991-WPD

ARMOUR GROUP, INC., a Florida
corporation,

      Plaintiff,

vs.

JOSEPH LABOCK, A/KA/ YOSEF LABOCK,
SHARON MIZRACHI, and MOSHE MIZRACHI,
husband and wife, YL TECHNOLOGY, INC.,
a Florida corporation, and MILITARY STEEL
CORP., a Colorado corporation,

      Defendants.
_____/

## PLAINTIFF'S, ARMOUR GROUP, INC., MOTION FOR ENTRY OF COURT'S DEFAULT AGAINST DEFENDANTS SHARON MIZRACHI AND MOSHE MIZRACHI

      Plaintiff, Armour Group, Inc. ("Armour Group"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, hereby moves this Honorable Court for the entry of a Default against Defendants, Sharon Mizrachi and Moshe Mizrachi, and as grounds therefore would state:

      1.      On September 9, 2011, Armour Group filed its Complaint [D.E. 1] in this action.

      2.      On October 11, 2011, Defendants, Sharon Mizrachi and Moshe Mizrachi (the "Defendants"), appeared in this action through counsel [D.E. 9].

      3.      More than twenty-one days have passed since Defendants' appearance and Defendants have failed to answer, plead in or otherwise defend this action.

      4.      Nonetheless, the Clerk of this Court declines to enter defaults against parties absent a record of formal service of process of the Complaint.

      5.      Given that Defendants have voluntarily appeared in this case through counsel, formal process is unnecessary.

6.      Accordingly, Armour Group requests the Court enter a default against Defendants due to their failure to answer, plead in or otherwise defend this action within twenty-one days of their appearance in this case.

WHEREFORE, Plaintiff, Armour Group, Inc., prays this Court enter a Default against Defendants, Sharon Mizrachi and Moshe Mizrachi and award such further relief as the Court deems proper and just.

Dated: November 4, 2011

### CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned contacted counsel of record for Defendants, Sharon Mizrachi and Moshe Mizrachi, Ralph (Rick) Martin, via email in a good faith effort to confer on the issues raised in this Motion. Mr. Martin did not respond to the undersigned's email correspondence. However, on November 3, 2011, another attorney, Ronnie Fischer of the Fischer Law Firm, P.C. in Denver, Colorado, contacted the undersigned and stated that Mr. Martin had recently moved his office, that Mr. Fischer was co-counsel for the Defendants in this case, and that Mr. Fischer opposes the defaults. Given that Mr. Fischer has not entered an appearance in this action and counsel of record, Mr. Martin, has not responded to the undersigned, the undersigned is unable to report with any certainty as to whether Defendants oppose the Motion.

Respectfully submitted,

/s/ Laurence S. Litow
Laurence S. Litow, Esquire
Florida Bar No. 328758
Vijay G. Brijbasi, Esquire
Florida Bar No. 15037
**ROETZEL & ANDRESS, LPA**
350 Las Olas Blvd.
Las Olas Centre II, Suite 1150
Fort Lauderdale, FL  33301
Tel.:  (954) 462-4150
Fax:  (954) 462-4260
E-mail: lslitow@ralaw.com

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laurence S. Litow
Laurence S. Litow
Fla. Bar No.: 328758

**SERVICE LIST**

Ralph (Rick) Martin, Esq.
385 Main Street
Suite 200
Longmont, CO 80501