UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-61991-DIMITROULEAS/Snow

ARMOUR GROUP, INC., a Florida
Corporation,

     Plaintiff
vs.

JOSEPH LABOCK, A/K/A YOSEF LABOCK,
SHARON MIZRACHI and MOSHE
MIZRACHI, husband and wife, YL
TECHNOLOGY, INC., a Florida Corporation,
and MILITARY STEEL CORP., a Colorado
Corporation,

     Defendants.
_____/

**ORDER REQUIRING DEFENDANTS SHARON MIZRACHI AND MOSHE MIZRACHI
TO SHOW CAUSE AND DEFERRING RULING ON
MOTION FOR DEFAULT AGAINST THESE DEFENDANTS**

     THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Court Default Against Defendants Sharon Mizrachi and Moshe Mizrachi [DE 19], filed on November 4, 2011. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

     Attorney Ralph (Rick) Martin filed a notice of appearance on behalf of Defendants Sharon Mizrachi and Moshe Miszrachi on October 11, 2011. Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires a defendant to respond within twenty-one (21) days of being served with the summons and complaint. The Notice of Appearance in this case indicates that Defendants Sharon Mizrachi and Moshe Miszrachi received notice of the case in some fashion at least by October 11, 2011. Though they possibly could have challenged the adequacy of service, such a challenge must be made before a responsive pleading is due. *See id.* R. 12(b). The responsive

pleading was due on November 1, 2011.  By filing a notice of appearance and then failing to respond, Defendants Sharon Mizrachi and Moshe Miszrachi may be held in default.  *See, e.g. Van Cauwenbergh v. Biard*, 486 U.S. 517, 526 (1988) ("Service of process merely requires that a defendant appear through an attorney and file an answer to the complaint to avoid default").

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants Sharon Mizrachi and Moshe Mizrachi shall **SHOW CAUSE** on or before November 14, 2011 why default should not entered against them.  The Court shall **DEFER** ruling on Plaintiff's Motion for Entry of Court Default Against Defendants Sharon Mizrachi and Moshe Mizrachi [DE 19] until or after that date.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 7th day of November, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record